IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW BARELA

    Plaintiff,

v.                                                        No. 2:22-cv-00375-KWR-KRS

STEPHEN LARAMORE,
FERNANDO CARDOZA,
and STEVEN DELGADO,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court upon the parties' *Joint Motion to Dismiss with Prejudice* (**Doc. 21**). The Court, having reviewed the Motion and noting the concurrence of all parties, finds the Motion to be **WELL-TAKEN** and hereby **GRANTS** the Motion.

**IT IS THERFORE ORDERED** that all of Plaintiff's claims against the Defendants shall be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Prepared and Submitted by:

MYNATT MARTÍNEZ SPRINGER P.C.

*/s/ Damian L. Martínez*
DAMIAN L. MARTÍNEZ
N.M. State Bar No. 14678
HALEY R. GRANT
N.M. State Bar No. 145671
PO Box 2699
Las Cruces, NM 88012
Telephone: (575) 524-8812
dlm@mmslawpc.com
hrg@mmslawpc.com
*Attorneys for Defendant Town of Silver City*


APPROVED:

IVES & FLORES, P.A.

*Approved via email on 12.8.22*
ADAM C. FLORES
925 Luna Cir. NW
Albuquerque, NM 87102
(505) 364-3858
adam@nmcivilrights.com
*Attorney for Plaintiff*

AND

THE KENNEDY LAW FIRM PC
JOSEPH P. KENNEDY
Kennedy Law Firm
1000 2nd Street NW
Albuquerque, NM 87102
(505) 244-1400
jpk@civilrightslawnewmexico.com
*Attorney for Plaintiff*